IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00739-M

**Nakisha Monroe**,

    Plaintiff,

v.

**Navy Federal Credit Union**,

    Defendant.

**Memorandum & Recommendation**

Plaintiff Nakisha Monroe filed suit against her former employer, Navy Federal Credit Union, alleging discrimination. Compl., D.E. 1. She also requested that the court allow her to proceed without full prepayment of costs. Mot., D.E. 2.

Because her pleading lacked required documentation, the undersigned issued an Order directing Monroe to correct the deficiencies identified—using the incorrect form to seek IFP status, and failing to provide a civil cover sheet, financial disclosure statement, notice of self-representation, or proposed summons for all necessary parties—by completing and submitting the necessary forms. Order, D.E. 3. The Clerk of Court provided Monroe the paperwork needed to correct the flaws in her earlier submission. *Id*. And the Order advised her that a failure to file the corrected documents could result in the dismissal of the case. *Id*.

The time for compliance has passed and Monroe has neither filed the necessary documents nor requested additional time to do so. So the undersigned recommends that the court dismiss the matter for failure to comply with a court order and failure to prosecute.

The Clerk of Court must serve a copy of this Memorandum and Recommendation ("M&R") on each party who has appeared in this action. Any party may file a written objection to the M&R within 14 days from the date the Clerk serves it on them. The objection must specifically note the portion of the M&R that the party objects to and the reasons for their objection. Any other party may respond to the objection within 14 days from the date the objecting party serves it on them. The district judge will review the objection and make their own determination about the matter that is the subject of the objection. If a party does not file a timely written objection, the party will have forfeited their ability to have the M&R (or a later decision based on the M&R) reviewed by the Court of Appeals.

Dated: January 15, 2026

_____
Robert T. Numbers, II
United States Magistrate Judge