IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00739-M-RN

| | |
|---|---|
| NAKISHA MONROE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAVY FEDERAL CREDIT UNION, ) <br> ) <br> Defendant. ) | ORDER |

This matter comes before the court on the Plaintiff's Motion for Leave to Proceed In Forma Pauperis [DE 2]. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Robert T. Numbers, II issued a memorandum and recommendation ("M&R"), recommending that this court deny the motion and dismiss this action for Plaintiff's failure to comply with court orders and prosecute this case. DE 4. Judge Numbers instructed the Plaintiff to file any written objection(s) to the recommendation within fourteen days after service of the M&R, or February 2, 2026. *Id.* To date, no objections have been filed, and the matter is now ripe for consideration by this court.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the ... recommendation[ ] ... receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of

those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the Plaintiff's motion [DE 2] is DENIED and this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close this case.

SO ORDERED this 6th day of February, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE